UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR WHITEN, | No. 2:13-cv-1866 CKD P |
| Plaintiff, | |
| v. | ORDER |
| D. BILLECI, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. §636(c) and Local Rule 302.

Plaintiff's original complaint was dismissed with leave to amend on November 13, 2013. (ECF No. 5.) Specifically, the court determined that plaintiff's challenge to his January 2013 disciplinary conviction was barred by Heck v. Humphrey, 512 U.S. 477 (1994). The court permitted plaintiff to file an amended complaint "showing, if applicable, that the challenged disciplinary conviction has been reversed, expunged, or otherwise invalidated." (ECF No. 5 at 4.)

Before the court is plaintiff's first amended complaint. (ECF No. 8.) As it does not show that the challenged disciplinary conviction has been invalidated, the Heck bar still applies, and it appears that further leave to amend is futile.

////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The first amended complaint is dismissed; and

3  2. The Clerk of Court shall close this action.

4  Dated: January 28, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10  2 /whit1866.fac